

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0056

FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0056

JOHN RICHARDS, LINDA MILLER and
LARRY RICHARDS,

    Petitioners and Appellants,

v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

    Respondent and Appellee.

FILED

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Appellant John Richards moves for a stay pending his appeal of the District Court's order dismissing his petition for judicial review of the final order by the Department of Natural Resources and Conservation (DNRC) cancelling a lease. Appellee DNRC has not filed a response. Richards also seeks an extension of time within which to file his opening brief.

Richards appeals a January 5, 2021 Order of the Fourth Judicial District Court, Missoula County, dismissing his petition for judicial review, without prejudice, because Richards did not include the grounds for relief from the Final Agency Order, as required by § 2-4-702(2)(a)(i)-(iv), and (b), MCA.[1] On February 23, 2021, the District Court denied Richards's Motion for Stay of Execution Pending Appeal.

Under the Montana Rules of Appellate Procedure, a person first must seek a stay in District Court. M. R. App. P. 22(1)(a)(i). Richards sought a stay in the District Court, which denied his request. When reviewing a district court's denial of a motion for stay, this Court is guided by Rule 22(2)(a), which requires that a party seeking relief from the order file a motion within 11 days of the order and demonstrate good cause for the relief

---

[1] The District Court noted that only Petitioner Larry Richards had signed the Petition and that Larry Richards therefore was the only Petitioner properly before the court. All three Petitioners signed and filed notices of appeal, but John Richards alone filed the instant Motion to Stay.

requested. Richards's motion, dated March 8—the date due for filing—was not filed until March 10, 2021, and is therefore untimely. We conclude further that Richards has not demonstrated good cause for a stay. He states his desire for the lease to be transferred to an acceptable purchaser so that his lease improvements are not forfeited, but he does not explain why immediate relief is needed from the District Court's direction that he refile the petition for judicial review in compliance with requirements of the Montana Administrative Procedure Act. Although Richards requests mediation, the Rules governing appellate mediation do not apply to this appeal because it concerns judicial review. M. R. App. P. 7(2).

IT IS THEREFORE ORDERED that Richards's Motion for Stay is DENIED.

IT IS FURTHER ORDERED that Richards's Motion for Extension of Time is GRANTED. The opening brief shall be filed on or before May 14, 2021.

The Clerk is directed to provide a copy of this Order to counsel of record and to John Richards along with a copy of this Court's Civil Appellate Handbook.

DATED this ____ day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2